# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 18, 2025

## NO. 03-23-00801-CV

**Kelly Stone, Appellant**

**v.**

**Hayden Stone, Appellee**

### APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### REVERSED IN PART AND REMANDED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on October 26, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order in part and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.